UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,   Case No. 2:15-cv-12991

    Plaintiff,   Hon. Paul D. Borman

v.

DIVERSIFIED CONSULTANTS, INC.

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and having been advised by the stipulation of the parties below, it is ordered that the claims against all defendants are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

SO ORDERED.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  June 7, 2016

\_\_/s/ Rex C. Anderson_____
Rex C. Anderson, Esq. (P47068)
Rex Anderson, P.C.
Attorney for Plaintiff
9459 Lapeer Rd, Suite 101
Davison MI 48423
Telephone:  (810) 653-3300
rex@rexandersonpc.net

/s/ \_Allison L. Cannizaro w/ consent\_\_
Allison L. Cannizaro, Esq.
Attorney for Defendant
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002
(504) 828-3700
acannizaro@sessions.legal

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 7, 2016.

s/Deborah Tofil
Deborah Tofil
Case Manager (313)234-5122